# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LOPEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED WASTE SERVICES OF NORTH AMERICA, LLC, a Delaware limited liability company; REPUBLIC SERVICES, INC., a Delaware corporation; and DOES 1 through 100, inclusive.<br><br>Defendants | Case No.: 2:24-CV-00822-TLN-AC<br><br>**ORDER CONTINUING DISCOVERY AND ALL OTHER DATES PENDING MAY 22, 2025 MEDIATION**<br><br>Complaint filed:   December 22, 2023<br>FAC Filed:           February 27, 2024 |

# ORDER

Having considered the Parties' stipulation, and upon good cause shown, the Court hereby GRANTS the stipulation, amending the Initial Pretrial Scheduling Order (Dkt. 4) in part, and setting forth the below new schedule of discovery and pretrial dates:

| Event | Court Order | Newly Ordered Date |
|---|---|---|
| Last Day to Complete Discovery | March 14, 2025 | December 15, 2025 |
| Last Day to File List of Designated Expert Witnesses | May 14, 2025 | February 13, 2026 |
| Last Day to File Supplemental List of Designated Experts | June 13, 2025 | March 13, 2026 |
| Last Day to File Supplemental Discovery | August 12, 2025 | May 12, 2026 |
| Last Day to File Dispositive Motions | September 11, 2025 | June 11, 2026 |
| Last Day to file Joint Notice of Trial Readiness | October 10, 2025 | July 10, 2026 |

**IT IS SO ORDERED.**

Dated: January 15, 2025

_____
Troy L. Nunley
Chief United States District Judge