1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LOPEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED WASTE SERVICES OF NORTH AMERICA, LLC, a Delaware limited liability company; REPUBLIC SERVICES, INC., a Delaware corporation; and DOES 1 through 100, inclusive.<br><br>Defendants | Case No.: 2:24-CV-00822-TLN-AC<br><br>**ORDER CONTINUING DISCOVERY AND ALL OTHER DATES PENDING COMPLETION OF CLASS CERTIFICATION DISCOVERY**<br><br>Complaint filed:   December 22, 2023<br>FAC Filed:            February 27, 2024 |

Order Continuing Discovery and All Other Dates Pending Completion of Class Certification Discovery

# ORDER

Having considered the Parties' stipulation, and upon good cause shown, the Court hereby GRANTS the stipulation, amending the Court Order (Dkt. 9), and setting forth the below new schedule of discovery and pretrial dates:

| Event | Court Order | Newly Ordered Date |
| --- | --- | --- |
| Last Day to Complete Discovery | December 15, 2025 | April 14, 2026 |
| Last Day to File List of Designated Expert Witnesses | February 13, 2026 | June 12, 2026 |
| Last Day to File Supplemental List of Designated Experts | March 13, 2026 | July 10, 2026 |
| Last Day to File Supplemental Discovery | May 12, 2026 | September 8, 2026 |
| Last Day to File Dispositive Motions | June 11, 2026 | October 9, 2026 |
| Last Day to file Joint Notice of Trial Readiness | July 10, 2026 | November 6, 2026 |

**IT IS SO ORDERED.**

Dated: November 5, 2025

_____
Troy L. Nunley
Chief United States District Judge