# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LOPEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED WASTE SERVICES OF NORTH AMERICA, LLC, a Delaware limited liability company; REPUBLIC SERVICES, INC., a Delaware corporation; and DOES 1 through 100, inclusive.<br><br>Defendants | Case No.: 2:24-CV-00822-TLN-AC<br><br>**ORDER CONTINUING DISCOVERY AND ALL OTHER DATES PENDING COMPLETION OF CLASS CERTIFICATION DISCOVERY**<br><br><br>Complaint filed:    December 22, 2023<br>FAC Filed:    February 27, 2024 |

- 1 -

Order Continuing Discovery and All Other Dates Pending Completion of Class Certification Discovery

# ORDER

Having considered the Parties' stipulation, and upon good cause shown, the Court hereby GRANTS the stipulation, amending the Court Order (Dkt. 11), and setting forth the below new schedule of discovery and pretrial dates:

| Event | Court Order | Proposed Date |
|---|---|---|
| Last Day to Complete Discovery | April 14, 2026 | July 13, 2026 |
| Last Day to File List of Designated Expert Witnesses | June 12, 2026 | September 10, 2026 |
| Last Day to File Supplemental List of Designated Experts | July 10, 2026 | October 8, 2026 |
| Last Day to File Supplemental Discovery | September 8, 2026 | December 7, 2026 |
| Last Day to File Dispositive Motions | October 9, 2026 | January 7, 2027 |
| Last Day to file Joint Notice of Trial Readiness | November 6, 2026 | February 4, 2027 |

**IT IS SO ORDERED.**

Dated: April 9, 2026

_____
Troy L. Nunley
Chief United States District Judge

- 2 -
Order Continuing Trial and All Other Dates Pending Completion of Class Certification Discovery