**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN LOPEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED WASTE SERVICES OF NORTH AMERICA, LLC, a Delaware limited liability company; REPUBLIC SERVICES, INC., a Delaware corporation; and DOES 1 through 100, inclusive.<br><br>Defendants | Case No.: 2:24-CV-00822-TLN-AC<br><br>**ORDER CONTINUING DISCOVERY AND ALL OTHER DATES PENDING COMPLETION OF CLASS CERTIFICATION DISCOVERY**<br><br>Complaint filed: December 22, 2023<br>FAC Filed: February 27, 2024 |

**ORDER**

Having considered the Parties' stipulation, and upon good cause shown, the Court hereby GRANTS the stipulation, amending the Court Order (Dkt. 14), and setting forth the below new schedule of discovery and pretrial dates:

| Event | Court Order | New Date |
|---|---|---|
| Last Day to Complete Discovery | July 13, 2026 | November 24, 2027 |
| Last Day to File List of Designated Expert Witnesses | September 10, 2026 | January 28, 2028 |
| Last Day to File Supplemental List of Designated Experts | October 8, 2026 | February 28, 2028 |
| Last Day to File Supplemental Discovery | December 7, 2026 | April 28, 2028 |
| Last Day to File Dispositive Motions | January 7, 2027 | **May 30, 2028** |
| Last Day to file Joint Notice of Trial Readiness | February 4, 2027 | June 30, 2028 |

**IT IS SO ORDERED.**

Dated: July 13, 2026

Troy L. Nunley
Chief United States District Judge